**Tabetha A. Martinez, Esq. (NV 14237)**
**James W. Fox, Esq. (NV 13122)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**MAILING:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile:  (949) 427-1889
Email: tmartinez@burgermeyer.com
       jfox@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEANN MARIE HARRIS;<br><br>        Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Foreign corporation; and DOES Employee; DOES II through X; and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No.:   2:25-CV-00061-JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 11 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, LEANN MARIE HARRIS and WALMART, INC, by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 26th Day of June 2025				MOSS BERG INJURY LAWYERS

By: */s/John C. Funk*
Marcus A. Berg, Esq. Bar No. 9760
John C. Funk, Esq., Bar No. 9255
*Attorneys for Plaintiff*

Dated this 26th Day of June 2025				**BURGER, MEYER & D'ANGELO, LLP**

*/s/James W. Fox*
Tabetha A. Martinez, Esq., Bar No. 14237
James W. Fox, Esq., Bar No. 13122
*Attorneys for Defendant*
WALMART, Inc.

### ORDER

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that this case is dismissed WITH PREJUDICE, with each party to bear its own attorneys' fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Court Judge
June 26, 2025

Respectfully submitted by:
**BURGER, MEYER & D'ANGELO, LLP**

*/s/ James W. Fox*
Tabetha A. Martinez, Esq.
James W. Fox, Esq.
Attorneys for Defendant
WALMART, INC.